# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———

No. 16-10493

———

United States Court of Appeals
Fifth Circuit

**FILED**
May 19, 2017

Lyle W. Cayce
Clerk

CRISTINA CHEN; LESA HILL; AKWETA CLEMMER,

> Plaintiffs - Appellants

v.

IRVING INDEPENDENT SCHOOL DISTRICT,

> Defendant - Appellee

———

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:13-CV-4997

———

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:*

The appellants appeal the district court's grant of summary judgment for Irving Independent School District in an action under 18 U.S.C. § 1983 for racial discrimination, retaliation, and related claims. This court has considered this appeal on the basis of the briefs, the record, and oral argument. Having done so, we conclude that the matter should be affirmed, essentially

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-10493

for the reasons stated by the district court. Because the district court did not err in granting summary judgment, we AFFIRM.